**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01369-CV

**MICHAEL D. WILSON, Appellant**

**V.**

**WOODLAND HILLS APARTMENT, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04980-C**

## ORDER

The Court has before it appellant's July 12, 2016 "Expedited Ex Parte Emergency Motion for Continuance and Motion for Leave" in which he states he will be unavailable for any hearings or matters from July 11 through July 29, 2016 and asks for an extension of any deadlines during said period. Because appellant's amended brief was filed July 11, 2016, there are no deadlines that currently apply to appellant. Thus, to the extent he seeks a continuance or extension of time, we **DENY** his motion.

To the extent he is informing the Court of his schedule, we **DIRECT** the Clerk of the Court to note appellant is unavailable from July 11 through July 29, 2016.

/s/   CRAIG STODDART
       JUSTICE